UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14399-CIV-MARTINEZ
         (06-14042-CR-MARTINEZ)
MAGISTRATE JUDGE P.A. WHITE

ROBERT NETTLES,                  :

    Movant,                      :

v.                               :       REPORT RE §2255 WITH
                                             PENDING APPEAL
UNITED STATES OF AMERICA,        :

    Respondent.                  :
_____

    Robert Nettles has filed a pro se motion to vacate pursuant to 28 U.S.C. §2255 attacking the conviction and/or sentence imposed in Case No. 06-14042-Cr-Martinez.

    Review of the docket of the criminal case reveals that the movant filed a notice of appeal on December 1, 2008, and that the appeal remains pending before the Eleventh Circuit Court of Appeals. The movant is appealing the denial of his motion to reduce sentence filed pursuant to 18 U.S.C. §3582.

    The notice of appeal divested this Court of jurisdiction to entertain a collateral attack upon the validity of the conviction and sentence. United States v. Tovar-Rico, 61 F.3d 1529, 1532 (11 Cir. 1995), United States v. Wilson, 894 F.2d 1245, 1252 (11 Cir. 1990). The motion should be dismissed, without prejudice to refile if it concerns a matter appropriate to be raised after the appeal.

United States v. Khoury, 901 F.2d 948, 969 n.20 (11 Cir. 1990); Shewchun v. United States, 797 F.2d 941 (11 cir. 1986).

It is therefore recommended that this motion be dismissed, without prejudice as to any issue not cognizable on appeal.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 10th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Robert Earl Nettles, Pro Se
     Reg. No. 75725-004
     FCC-Coleman Low
     Address of Record

     United States Attorney
     Attn: Anne Schultz, Chief/Appellate Division
     99 N.E. 4th Street
     Miami, FL  33132