UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
**Case Number:08-14399-CIV-MARTINEZ-WHITE**

ROBERT NETTLES,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report on Movant's pro se motion to vacate filed pursuant to 28 U.S.C. § 2255. Magistrate Judge White filed a Report (D.E. No. 4), recommending that this case be dismissed without prejudice as Movant has filed a notice of appeal in his criminal case which divests this Court of jurisdiction to entertain a collateral attack upon the validity of the conviction and sentence. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report (D.E. No. 4) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Movant's pro se motion to vacate filed pursuant to 28 U.S.C. § 2255 is **DENIED without prejudice** to any matter appropriate to be raised after the appeal.

2. This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of December, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record